| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | GEORGE L. BEVAN, JR. (CSBN 65207)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: 510-637-3689 |
| 7 | |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-06-70239-WDB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO<br>CONTINUE NEXT APPEARANCE<br>DATE AND WAIVER OF TIME |
| BRIAN O'LEARY, | ) | |
| Defendant. | ) | |

The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to continue the defendant's next appearance from **May 12, 2006,** to **Tuesday, May 16, 2006, at 10:00 a.m.**

The defendant further stipulates to extend the time for indictment or preliminary hearing to the date of the next court appearance.

Dated: 5/11/06

_____
GEORGE L. BEVAN JR.
United States Attorney

```
 1
 2
 3   Dated: 5/11/06            _____
 4                             ED SWANSON, ESQ.
                               Attorney for Defendant Brian O'Leary
 5
 6
 7
 8
 9
10   IT IS SO ORDERED.
11
12   Dated: 5/12/06            _____
13                             WAYNE D. BRAZIL
                               United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     STIPULATION TO CONTINUE                    2
     NEXT APPEARANCE
```

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Wayne D. Brazil]

1
2
3
Dated: _____
4                                        ED SWANSON, ESQ.
                                         Attorney for Defendant Brian O'Leary
5
6
7
8
9
10  IT IS SO ORDERED.
11
12  Dated: _____
                                         WAYNE D. BRAZIL
13                                       United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE
NEXT APPEARANCE                              2