1

Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP

2

300 Montgomery Street, Suite 1100
San Francisco, California 94104

3

Telephone: (415) 477-3800
Facsimile: (415) 477-9010

4

5

Attorney for BRIAN O'LEARY

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,                    Case No. CR 06-0355 DLJ (WDB)

12

               Plaintiff,        STIPULATION AND ORDER TO
MODIFY CONDITIONS OF PRETRIAL

13

    vs.                                      RELEASE TO PERMIT TRAVEL

14

BRIAN O'LEARY, *et al.*,

15

              Defendants.

16

17

**STIPULATION**

18

      Defendant Bryan O'Leary, by and through his counsel, Edward W. Swanson, and the United

19

States, by and through Assistant United States Attorney George L. Bevan, hereby stipulate and agree as

20

follows:

21

    1.     On April 20, 2006, this Court set conditions of release for defendant Brian O'Leary, one

22

          of which was a condition that he not travel outside the Northern District of California.

23

    2.     Mr. O'Leary seeks permission to travel to Newport Beach and San Diego by car with his

24

          wife and two young children, departing on Friday, May 26, 2006 and returning to the Bay

25

          Area on Tuesday, May 30, 2006.  The purpose of the trip is to visit with family members

26

          and a family friend.

27

/ / /

28

/ / /

3.    Prior to May 26, 2006, Mr. O'Leary shall provide to his Pretrial Services Officer, Betty Kim, all details about his travel plans, including addresses and phone numbers at which he can be reached.

4.    United States Pretrial Services Officer Betty Kim has no objection to the requested travel.

IT IS SO STIPULATED.

DATED:    May 24, 2006                      _____/s/_____
                                           Edward W. Swanson
                                           Swanson, McNamara & Haller LLP
                                           Counsel for Defendant Brian O'Leary


DATED:    May 24, 2006                      _____/s/_____
                                           George L. Bevan
                                           Assistant United States Attorney


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    May 26, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge