Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRIAN O'LEARY

**FILED**

JUN 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>BRIAN O'LEARY, et al.,<br><br>  Defendants. | Case No. CR 06-0355 DLJ (WDB)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE TO PERMIT<br>TRAVEL |

**STIPULATION**

Defendant Bryan O'Leary, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney George L. Bevan, hereby stipulate and agree as follows:

On April 20, 2006, this Court set conditions of release for defendant Brian O'Leary, one of which was a condition that he not travel outside the Northern District of California.

Mr. O'Leary seeks permission to travel to Sacramento and Lake Tahoe, in the Eastern District of California and the District of Nevada, from June 30, 2006 to July 4, 2006. The purpose of this trip is to visit with family members. Mr. O'Leary also seeks permission to travel to San Diego, in the Southern District of California, from July 20, 2006 to July 23, 2006. The purpose of this trip is to visit a friend.

Defense counsel has contacted Pretrial Services Officer Betty Kim regarding the aforementioned travel. Ms. Kim informed defense counsel that Pretrial Services has no objection to the travel, provided that Mr. O'Leary provide Ms. Kim with his itinerary, including flight information, addresses and phone

numbers at which he can be reached.

Therefore, the parties HEREBY STIPULATE that the release conditions for Brian O'Leary in the above-captioned case may be modified to permit his aforementioned travel on the conditions described above.

IT IS SO STIPULATED.

DATED:   June 27, 2006

```
                                            /s/
                                    EDWARD W. SWANSON
                                    ALEXIS HALLER
                                    Swanson, McNamara & Haller LLP
                                    Counsel for BRIAN O'LEARY
```

DATED:   June 27, 2006

```
                                            /s/
                                    GEORGE L. BEVAN
                                    Assistant United States Attorney
```

## ORDER

Good cause appearing therefor, and upon the stipulation of the parties, the Court HEREBY ORDERS that the release conditions for Brian O'Leary in the above-captioned case are modified to permit his above-referenced travel to the Eastern District of California and the District of Nevada from June 30, 2006 to July 4, 2006, and to the Southern District of California from July 20, 2006 to July 23, 2006. Mr. O'Leary shall provide his itinerary to his Pretrial Services Officer prior to his travel.

IT IS SO ORDERED.

DATED:   June 28, 2006

```
                                    The Honorable D. Lowell Jensen
                                    United States District Judge
```