Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRIAN O'LEARY

**FILED**

AUG 1 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN O'LEARY, *et al.*,<br><br>Defendants. | Case No. CR 06-0355 DLJ (WDB)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE TO PERMIT<br>TRAVEL TO THE EASTERN<br>DISTRICT OF CALIFORNIA |

## STIPULATION

Defendant Bryan O'Leary, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney George L. Bevan, hereby stipulate and agree as follows:

1. On April 20, 2006, this Court set conditions of release for defendant Brian O'Leary, one of which was a condition that he not travel outside the Northern District of California.

2. The parties agree to a modification of Mr. O'Leary's release conditions to permit travel to both the Northern and Eastern Districts of California. The purpose of this modification is to allow Mr. O'Leary to visit family members.

3. Pretrial Services Officer Betty Kim has no objection to the proposed modification.

///
///

*[handwritten notation:]* cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial, Frances

IT IS SO STIPULATED.

DATED: July 28, 2006

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Defendant Brian O'Leary

DATED: July 28, 2006

/s/
George L. Bevan
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8-1-06

WAYNE D. BRAZIL
United States Magistrate Judge