```
                                                        FILED
                                                        OCT 13 2006
1  Edward W. Swanson, SBN 159859                        RICHARD W. WIEKING
   SWANSON, McNAMARA & HALLER LLP                       CLERK, U.S. DISTRICT COURT
2  300 Montgomery Street, Suite 1100                    NORTHERN DISTRICT OF CALIFORNIA
   San Francisco, California 94104                              OAKLAND
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
5  Attorney for BRIAN O'LEARY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>BRIAN O'LEARY, *et al.*,<br><br>             Defendants. | Case No. CR 06-0355 DLJ (WDB)<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE TO PERMIT<br>TRAVEL TO SANTA BARBARA |

**STIPULATION**

Defendant Bryan O'Leary, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney George L. Bevan, hereby stipulate and agree as follows:

1. On April 20, 2006, this Court set conditions of release for defendant Brian O'Leary, one of which was a condition that he not travel outside the Northern District of California.

2. The parties agree to a modification of Mr. O'Leary's release conditions to permit travel to Santa Barbara, California from October 13, 2006 to October 16, 2006 with his family for his birthday.

///

///

///

3. Pretrial Services Officer Betty Kim has no objection to the proposed modifications on the condition that she is provided with a copy of Mr. O'Leary's itinerary for the trip.

IT IS SO STIPULATED.

DATED: October 12, 2006

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Defendant Brian O'Leary

DATED: October 12, 2006

/s/
George L. Bevan
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10-13-06

D. LOWELL JENSEN
United States District Judge