1  Edward W. Swanson, SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for BRIAN O'LEARY

**FILED**

NOV 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-0355 DLJ (WDB) |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CALENDAR SENTENCING |
| vs. | |
| BRIAN O'LEARY, et al., | |
| Defendants. | |

**STIPULATION**

Defendant Bryan O'Leary, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney George L. Bevan, hereby stipulate and agree to place Mr. O'Leary's sentencing on calendar for January 19, 2007. This date is available for the Court and convenient for the parties.

IT IS SO STIPULATED.

DATED:   11-27-06
         11/22/06

                                                    /s/
                                        EDWARD W. SWANSON
                                        ALEXIS HALLER
                                        Swanson, McNamara & Haller LLP
                                        Counsel for BRIAN O'LEARY

1 | DATED:    11/22/06

/s/
GEORGE L. BEVAN
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11-27-06

The Honorable D. Lowell Jensen
United States District Judge