Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRIAN O'LEARY

**FILED**

JAN 4 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN O'LEARY, et al.,<br><br>Defendants. | Case No. CR 06-0355 DLJ (WDB)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE TO PERMIT<br>TRAVEL TO THE LAKE TAHOE<br>AREA, STATE OF NEVADA |

**STIPULATION**

Defendant Bryan O'Leary, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney George L. Bevan, hereby stipulate and agree as follows:

1. On April 20, 2006, this Court set conditions of release for defendant Brian O'Leary, one of which was a condition that he not travel outside the Northern District of California.

2. The parties agree to a modification of Mr. O'Leary's release conditions to permit travel to the Lake Tahoe area in the State of Nevada from Saturday, January 6, 2007 to Sunday, January 14, 2007 with his family and in-laws.

///
///
///

*[handwritten note:]* cc: WDB's Stats, Copy to parties via ECF, Pretrial Financial Frances

3.  Pretrial Services Officer Betty Kim has no objection to the proposed modifications on the condition that she is provided with a copy of Mr. O'Leary's itinerary for the trip.

IT IS SO STIPULATED.

DATED: January 3, 2007

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Defendant Brian O'Leary

DATED: January 3, 2007

/s/
George L. Bevan
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/4/07

WAYNE D. BRAZIL
United States Magistrate Judge