Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRIAN O'LEARY

FILED

MAR 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN O'LEARY, et al.,<br><br>　　　　　Defendants. | Case No. CR 06-0355 DLJ (WDB)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE TO PERMIT<br>TRAVEL TO THE SOUTHERN<br>DISTRICT OF CALIFORNIA |

**STIPULATION**

Defendant Brian O'Leary, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney George L. Bevan, hereby stipulate and agree as follows:

1. On April 20, 2006, this Court set conditions of release for defendant Brian O'Leary, one of which was a condition that he not travel outside the Northern District of California.

2. On August 1, 2006, this Court ordered a modification of the aforementioned conditions to permit travel to the Eastern District of California.

3. On February 23, 2007, this Court ordered a modification of the aforementioned conditions to permit travel to the Lake Tahoe area in the State of Nevada.

4. Because Mr. O'Leary anticipates having fairly regular visits with family and with legal counsel in San Diego, California, the parties agree to an additional modification of Mr.

*cc: WDB's stats, Copy to parties via ECF,*
*Pretrial, Financial, Frances*

1. O'Leary's release conditions to permit travel to the Southern District of California.

5. Pretrial Services Officer Betty Kim has no objection to the proposed modifications on the condition that she is provided with a copy of Mr. O'Leary's itinerary for each trip.

IT IS SO STIPULATED.

DATED: March 14, 2007

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Defendant Brian O'Leary

DATED: March 14, 2007

/s/
George L. Bevan
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/15/07

WAYNE D. BRAZIL
United States Magistrate Judge