Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRIAN O'LEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>BRIAN O'LEARY, *et al.*,<br><br>               Defendants. | Case No. CR 06-0355 DLJ (WDB)<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL TO LAS VEGAS, NEVADA** |

**STIPULATION**

Defendant Brian O'Leary, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney George L. Bevan, hereby stipulate and agree as follows:

1. On April 20, 2006, this Court set conditions of release for defendant Brian O'Leary, one of which was a condition that he not travel outside the Northern District of California.

2. On August 1, 2006, this Court ordered a modification of the aforementioned conditions to permit travel to the Eastern District of California.

3. On February 23, 2007, this Court ordered a modification of the aforementioned conditions to permit travel to the Lake Tahoe area in the State of Nevada.

4. On March 15, 2007, this Court ordered a modification of the aforementioned conditions to permit travel to the Southern District of California.

5. Mr. O'Leary seeks a modification of the conditions of his pretrial release to permit travel to Las Vegas, Nevada, departing on Thursday, March 29, 2007 and returning to the Bay Area on Sunday, April 1, 2007. The purpose of the trip is to attend a work-related construction equipment auction.

5. Pretrial Services Officer Hence Williams has no objection to the proposed modifications on the condition that he is provided with a copy of Mr. O'Leary's itinerary for the trip.

IT IS SO STIPULATED.

DATED: March 27, 2007                                  /s/
                                                    Edward W. Swanson
                                                    Swanson, McNamara & Haller LLP
                                                    Counsel for Defendant Brian O'Leary

DATED: March 27, 2007                                  /s/
                                                    George L. Bevan
                                                    Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March 27, 2007      
                                                    WAYNE D. BRAZIL
                                                    United States Magistrate Judge